## DISTRICT OF THE VIRGIN ISLANDS
## ST. THOMAS & ST. JOHN, VIRGIN ISLANDS
## PROCEEDING MEMO

**DATE:** Thursday, February 18, 2021

**IN RE:** JAMES CARROLL vs. JEFFERY PROSSER

**CONVENED:** 10:02 AM AST

**ADVERSARY PRO. NO.** 3-08-3011-MFW

**BEFORE:** Honorable Mary F. Walrath

**COURTROOM DEPUTY:** Kimberley Willett

**COURT REPORTER:** FTR System

**APPEARANCES:**

*See attached appearance list*

**NATURE OF PROCEEDING:**

*Status Conference (Docket # 233)*

**JUDGE'S NOTES:**

Status conference held. District Court is continuing to work on matter.

Dated: February 18, 2021

Mary F. Walrath
U.S. Bankruptcy Judge

**TIME ADJOURNED:** 10:05 am