St. Thomas Cases
19-30004 and 08-3011

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Norman | Abood | Jeffrey J Prosser | The Law Office of Norman Abood |
| Justin | Holcombe | FirstBank Puerto Rico | Dudley Newman Feuerzeig LLP |
| Elizabeth | Viele | James Carroll, Chapter 7 Trustee | |
| Robert | Craig | Jeffrey Prosser | n/a |
| Kimberley | Willett | Courtroom Deputy | DCVI |
| Lindsay | Kolba | United States Trustee | |
| Jose | Carrion | Chapter 13 Standing Trustee | JRCarrion Chapter 13 Trustee Office |